FILED

2019 AUG -6 AM 12: 36

19MJ03170

CLERK U.S. DISTRICT
CENTRAL DIST. OF CA
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PLAINTIFF(S) v. | CASE NUMBER | 319MJ1223WIG |
| ONIEL WILKS DEFENDANT(S). | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT | |

The above-named defendant was charged by: **COMPLAINT**
in the _____ District of **CONNECTICUT** on _____
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title **8** U.S.C., Section(s) **1326(a)&(b)(2)**
to wit: **REENTRY BY REMOVED ALIEN, FALSE INFO ON PASSPORT**

A warrant for defendant's arrest was issued by: **WILLIAM GARFINKEL**

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **8/6/19**, by
_Cindy Celi_ Deputy Clerk.

| Signature of Agent | **DEP. H. PEREZ** Print Name of Agent |
|---|---|
| **OCSD** Agency | **DEP. SHERIFF II** Title |

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT